AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Innovative Sports Management Inc., d/b/a Integrated Sports Media <br><br> *Plaintiff(s)* <br> v. <br> Edwin R. Inga, individually and d/b/a Tombo Loco Peruvian Restaurant <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-02070 - TJH (PLAx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Edwin R. Inga
4103 Beverly Boulevard
Los Angeles, CA 90004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas P. Riley, Esquire
Law Offices of Thomas P. Riley, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030
Tel: (626) 799-9797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Luy Hernandez*
*Signature of Clerk or Deputy Clerk*

Date: 3/21/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-02070-TJH-PLA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edwin R. Inga, individually and d/b/a Tombo Loco Peruvian Resturant

was received by me on *(date)* 4/10/19

☑ I personally served the summons on the individual at *(place)* 4103 Beverly Blvd., Los Angeles, CA 90004

on *(date)* 4/12/19 @ 1:20 p.m. ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/16/19

*Server's signature*

Jeff Star, a California registered process server, #2837

*Printed name and title*

Star Services, Inc.
10573 W. Pico Blvd., Ste. 215
Los Angeles, CA 90064
(310) 475-3626

*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons; Complaint; Civil Case Cover Sheet; Certificate of Interested Parties; Notice of Assignment; and Notice to Parties of Court Directed ADR Program

By Serving: Edwin R. Inga (Latin male, 65 yrs., 5'9", 150 lbs., blk./gry. hr.)