Edwin R. Inga, individually
and d/b/A Tomboloco Peruvian Restaurant
(Full Name)

_____ (Email Address)

1905 S. Western ave. (Address Line 1)

Ste # 8 LA CA 90018 (Address Line 2)

213-618-2716 (Phone Number)

Defendant in Pro Per

FILED

2019 APR 26 PM 12:27

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Innovative Sports Management Inc
DBA Integrated Sports Media,

Plaintiff(s),

vs.

Edwin R. Inga individually
DBA Tomboloco Peruvian Restaurant
1905 S. Western Ave Ste #8
LA CA 90018
Defendant(s).

Case No.: Civil Action No.-
2:19-CV-02070-TJH(PLAX)

**ANSWER**

Jury Trial Demanded: ☒ Yes ☐ No

Defendant Edwin R. Inga Individually D/b/A Tombo Loco Peruvian Resta hereby answers Plaintiff's complaint as follows:

## ANSWER TO COMPLAINT

☒ Defendant denies each and every allegation contained in the following paragraph(s) of the complaint: 9, 10, 11, 16, 17, 23, 24, 25, 26, 28, 30, 34, 35, 36, 37, 40, 41, 42

Form prepared by Public Counsel.
© 2016 Public Counsel. All rights reserved
Revised: December 2016

Page Number

1  ☒ Defendant admits each and every allegation contained in the following
2  paragraph(s) of the complaint: __7__
3
4
5
6
7  ☒ Defendant is without knowledge or information sufficient to form a belief as to
8  the truth of the allegations contained in the following paragraph(s) of the complaint
9  and therefore denies them:
10  12, 13, 14, 15, 18, 22, 27, 31, 32, 33.
11
12
13
14
15
16
17  *Continued on page 3.*
18
19
20
21
22
23
24
25
26
27
28

## AFFIRMATIVE DEFENSES

Defendant hereby asserts the following affirmative defenses:

### First Affirmative Defense

Status of limitation

### Second Affirmative Defense

lacht of Complain

### Third Affirmative Defense

Summons Served incomplete, it was served to the wrong person and wrong business

### Fourth Affirmative Defense

Forms of page 13, 14, 15 were provide it by the Federal Pro Se Clinic. these paragrahs were not in the SUMMONS.

### Sixth Affirmative Defense

Fact's, witness, will be Present at time OF TRIAL.

## DEMAND FOR JURY TRIAL

☒ Defendant hereby requests a jury trial on all issues raised in Plaintiff's complaint.

## PRAYER FOR RELIEF

Defendant prays this Court for the following:

1. For dismissal of Plaintiff's action with prejudice;
2. For an order that Plaintiff shall take no relief from their complaint, herein;
3. For the costs of suit incurred herein; and
4. For such further relief the Court deems fair and just.

Dated: 4-26-19

Sign: *[signature]*

Print Name: EDWIN INGA

Defendant in pro per