Edwin R. Inga Individially.
DBA Tombo Loco Peruvian Restaurant
_____ (Full Name)

_____ (Email Address)

1905 S. Western Ave ste# 8 (Address Line 1)

Los Angeles, CA 90018 (Address Line 2)

_____ (Phone Number)

Defendant in Pro Per

FILED

2019 APR 26  PM 12: 27

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Edwin R. Inga individually.
DBA/ Tombo Loco Peruvian Restaurant,

**PLAINTIFF(S)**

vs.

Innovative Sports Management Inc
D/B/A Integrated Sports Media
Thomas P. Riley Attorney
First Library Square
1114 Fremont Avenue,
Pasadena, CA 91030.
**DEFENDANT(S)**

Case No.: Civil Action N:
2:19-cv-02070-TJH (PLAX)

**CERTIFICATE OF SERVICE BY MAIL**

I, JUAN Pinto , declare as follows:
(name of person serving documents)

My address is 8935 California AV.
South Gate G. 90280 , which is located in the county where the mailing described below took place.

Revised: July 2013
Form Prepared by Public Counsel
© 2012, 2013 Public Counsel
All rights reserved.

_____
Page Number

On __4/26/19__, I served the documents described as:
<span style="font-size:smaller">(date of mailing)</span>

1. DEFENDANT'S ANSWER

2. CERTIFICATE AND NOTICE OF INTERESTED PARTIES

_____
<span style="font-size:smaller">(list the names of any other documents you are mailing)</span>

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _Los Angeles California_
<span style="font-size:smaller">(city and state of mailing)</span>
addressed to:

thomas P. Riley Esquire
Law Offices of thomas P. Riley P.C. (name)
1114 Fremont Av. (address)
South Pasadena (address)
CA. 91030 (address)

_____ (name)
_____ (address)
_____ (address)
_____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/26/19__ at _Los Angeles California_
<span style="font-size:smaller">(date)</span>         <span style="font-size:smaller">(city and state of signing)</span>

_____
(signature)

EDWIN INGA .
(print name)

_____
*Page Number*