# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>PLAINTIFF(S)<br>v.<br>EDWIN R. INGA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-2070-TJH-PLAx<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

    WHEREAS, the documents listed below were improperly filed for the following reason(s) Discovery documents must be served on opposing party and should only be filed with the Court in connection with a pending motion.

    IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Initial Disclosures (ECF No. 17) | June 4, 2019 |

    IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

June 11, 2019
Date

*Paul L. Abrams*
United States Magistrate Judge Paul L. Abrams

CV-80 (12/95)       **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD**