Name: EDWIN INGA
Address: 1905 S. Western Av. #8
Los Angeles CA 90018
Phone: (323) 548-9809
Fax:

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Law offices of Thomas Riley
Innovative Sports et al
Plaintiff

v.

EDWIN INGA
Et al
Defendant(s).

CASE NUMBER: 2:19-CV-02070-TJH-PLAx

Change of Address

(Enter document title in the space provided above)

Defendant Respectfully Request the court to of change of address. I was not submitted before because of my unknowlegy in this legal Matter wich I'M doing it in PRO-PER

My New address is:
EDWIN INGA
1905 S. WESTERN AV. Ste #8
LOS Angeles California 90018

[signature]    1-27-2020

Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT