**ORIGINAL**

Name: EDWIN INGA
Address: 1905 S. WESTERN AV #8
Los Angeles CA 90018
Phone: (323) 548-9809
Fax: _____
In Pro Per  DEFENDANT

FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INNOVATE SPORTS MANAGEMENT INC.

Plaintiff
v.

EDWIN INGA

Defendant(s).

CASE NUMBER: CV-19-2070-TJH-PLAx

COURT ORDER and Subpoena

(Enter document title in the space provided above)

I AM the Defendant and Respectfully Plead the court to be GRANT a court order against Plantiff to Provided me a copy of the contract between Innovate sports Management Inc. and the Promoters of the game PERU-CROATIA of wich Plaintiff claming in this case hod the Rights to transmited said game game in CALIFORNIA. and be Proteted onder Federal law of wich I NEVER broked in this case. Note that I Request my self the document Mentioned above thru United States Post Mail with Return Receipt NO answer at all

01-31-2020

Page Number

Also I contact FIFA who is the MAXIMUN ENTITY who Rules and given the authorization to all the Profesional soccer GAMES to be realize the game between National teams around the world.

So Far there is not any document Registered between the Promoters and Innovative sports Management for the Game Peru- Croatia. Under FIFA.

FIFA advise me for sub-poena. to provid me document that Innovative sports Management is False. and they dont give any contract to Plantiff claiming Rigth's and distribution of the game Mentioned above.

My mync Discovered I find-out this Plantiff had a bad Record doing this Fals plossasion and trying to open a case with the FBI Enforcement Law.

Wherefore the reason set forth defendant Respectfully ask these court grants defendant request In award each other relive as may be Just and Proper

Dated JANUARY 31 2020          Sincerely

                                EDWIN INGA