Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc., d/b/a Integrated Sports Media<br><br>Plaintiff,<br><br>vs.<br><br>Edwin R. Inga,<br><br>Defendant. | Case No.:  2:19-cv-02070-TJH-PLA<br><br>**DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE OUTCOME OF THE MEDIATION** |

I, THOMAS P. RILEY, declare as follows:

   1.   I am counsel for the Plaintiff in this matter.  I am duly licensed to practice law in the State of California and in this Court.

   2.   I have personal knowledge of each and every fact stated herein and could competently testify thereto if called as a witness.

///

3. I make this Declaration in Support of Plaintiff's Status Report Regarding the Outcome of the Mediation.

4. Due to prior problems with the Defendant failing to cooperate regarding the scheduling of the mediation on February 3, 2020, Defendant was ordered to appear before the Honorable Paul L. Abrams on February 19, 2020 and show cause why sanctions should not be imposed on him (ECF 25).

5. The Defendant appeared as ordered at the hearing and the Court re-set the mediation cut-off date, discovery cut-off date, and motion cut-off dates and notified Defendant of same (ECF 29).

6. On July 6, 2020, at approximately 11:25 A.M., administrative assistant Isabella Fernandez called the Defendant to discuss scheduling the mediation. Ms. Fernandez had already lined up a mediator who was available to conduct a mediation (via Zoom) and was experienced in conducting mediations in the piracy matters having conducted two (2) earlier this year. The Defendant answered the phone when Ms. Fernandez called, began shouting at her, and then hung up the phone. Approximately ten (10) minutes later, administrative assistant Karla Diaz, who is bi-lingual and fluent in Spanish called the Defendant. When Ms. Diaz spoke to the Defendant, he began yelling at her from the outset of the call. When she specifically asked him if he would be available for the mediation via Zoom on July 15, 2020, the Defendant told Ms. Diaz, " he wasn't doing anything, he was going to the Court." The Defendant refused to tell Ms. Diaz whether July 15, 2020

was an inconvenient date or if he was refusing to participate in mediation, generally. The Defendant became abusive on the telephone and informed Ms. Diaz he had health problems as was purportedly at the doctor's office.

7. On July 8, 2020, Plaintiff's counsel took a phone call from Arturo Inga, Defendant's younger brother. Arturo Inga apologized for his brother's behavior with Plaintiff's counsel's staff and explained his brother was going through challenging health problems. Arturo Inga and Plaintiff's counsel discussed resolution of the underlying lawsuit and Plaintiff's counsel conveyed a settlement demand. Arturo Inga informed Plaintiff's counsel he would get back to him after he discussed the demand with his brother.

8. Earlier today, Plaintiff's counsel spoke with Arturo Inga again. He stated that his brother was unwilling to meaningfully discuss settlement. However, Mr. Inga has also stated he intended to speak with other family members of Defendant's immediate and extended families about resources they might be able to contribute toward settlement.

9. At this time, Plainitff's counsel awaits further communications from Mr. A. Inga, the Defendant himself, or the Defendant's legal representative.

///

///

///

///

10. On a personal and professional note, Plaintiff's counsel most sincerely apologizes that the foregoing difficulties in securing the cooperation and participation of the Defendants regarding the mediation and a formal request to extend the mediation completion deadline was not brought to the Court's attention in advance of the original mediation completion deadline. Plaintiff's counsel had every intention of doing so, however, formal notice and/or a request was not made to the Court in advance of the original mediation completion deadline as Plaintiff's counsel was preparing and appearing in three (3) other mediations as well as preparing and coordinating with his client and local counsel on a matter set for trial on July 23, 2020[1]. In the future, Plaintiff's counsel will make certain a formal motion or proposed stipulation is made prior to any mediation completion deadlines so that Court and its staff are not unnecessarily burdened with requesting status reports from the Plaintiff regarding the outcomes of the mediations to be conducted.

Executed this 22nd day of July 2020 at South Pasadena, California.

By:   /s/ *Thomas P. Riley*
       Thomas P. Riley

---

[1] Please see *Innovative Sports Management, Inc. v. Rafael Canova,* 19-cv-02076-TJH-PLA (USDC CDCA), *Innovative Sports Management, Inc. v. Freddy Lozano, et al.* 19-cv-02081-TJH-PLA (USDC CDCA), *Innovative Sports Management, Inc. v. Tineo, et al.,* 19-cv-06483-EMC (USDC NDCA), and *J & J Sports Productions, Inc. v. Lee,* 19-cv-09232-WMR (USDC NDGA)

# **PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 22, 2020, I caused to serve the following document entitled:

DECLARATION OF THOMAS P. RILEY IN SUPPORT OF PLAINITFF'S STATUS REPORT REGARDING THE OUTCOME OF THE MEDIATION

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Edwin R. Inga (Defendant)

1905 South Western Avenue, No. 8

Los Angeles, CA 90018

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 22, 2020, at South Pasadena, California.

Dated:  July 22, 2020                              /s/ *Isabella Fernandez*
                                                                           ISABELLA FERNANDEZ