UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV19-2070-TJH(PLAx) | Date | NOVEMBER 13, 2020 |
|---|---|---|---|
| Title | Innovative Sports Management, Inc. v. Edwin R. Inga | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that a joint status report must be filed to this action no later than DECEMBER 17, 2020.

IT IS SO ORDERED.

cc: all parties