Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA, <br><br> Plaintiff, <br><br> vs. <br><br> EDWIN R. INGA, <br><br> Defendant. | Case No. 2:19-cv-02070-TJH-PLA <br><br> **PLAINTIFF'S WITNESS LIST** |

## PLAINTIFF'S PROPOSED WITNESS LIST:

1. Doug Jacobs, President, INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA
   c/o LAW OFFICES OF THOMAS P. RILEY, P.C.
   First Library Square
   1114 Fremont Avenue
   South Pasadena, CA 91030
   Tel: 626-799-9797
   -Total Estimated Time for Direct and Redirect Examination: 1.25 hour

2.  Edwin R. Inga–*Pro Se* DEFENDANT
    1905 South Western Avenue, No. 8
    Los Angeles, CA 90018
    Tel: 323-548-9809
    -Anticipated Testimony: Exhibition of Program, Operation of Tombo Loco Peruvian Restaurant, Revenue, Prior Claims of Piracy, Exhibition of the Soccer Game.
    -Total Estimated Time for Cross-Examination: 1.00 hour

3.  John Valentino (Private Investigator)
    LIGHT HOUSE INVESTIGATIVE SERVICES, INC.
    8502 East Chapman, #363
    Orange, CA 92869
    Tel: 213-514-4890
    -Anticipated Testimony: Exhibition of Program
    -Total Estimated Time for Direct and Redirect Examination: 1.25 hour

Respectfully submitted,

Dated: May 17, 2021

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 17, 2021, I caused to serve the following documents entitled:

**PLAINTIFF'S WITNESS LIST**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Edwin R. Inga                                   (*Pro Se* Defendant)
1905 South Western Ave., No 8
Los Angeles, CA 90018

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 17, 2021, at South Pasadena, California.

Dated: May 17, 2021

THOMAS P. RILEY