Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN R. INGA,<br><br>Defendant. | Case No. 2:19-cv-02070-TJH-PLA<br><br>PLAINTIFF'S EXHIBIT LIST FOR TRIAL |

## PLAINTIFF'S PROPOSED EXHIBIT LIST[1]:

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | John Valentino Affidavit Photographs and Video | | |

---

[1] The within Plan is submitted to this Honorable Court is done so on "unilateral" basis because Plaintiff's counsel efforts to secure the Defendant's input on a *Joint* Exhibit List for Trial, were unavailing (Please see Plaintiff's Exhibit 1 and Exhibit 2 attached).

2.   February 12, 2018
     Distribution Agreement

3.   Closed-Circuit
     (commercial) Rate Card

4.   Post-Event Score Sheet for
     Friday, March 23, 2018
     from www.foxsports.com

5.   Tomboloco Peruvian
     Restaurant Yelp Page

6.   The Infatuation Article on
     Tombo Loco Peruvian

7.   Plaintiff's Initial Disclosures

8.   Defendant's Discovery Responses

Respectfully submitted,

Dated: May 17, 2021

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

# Exhibit 1

# LAW OFFICES OF THOMAS P. RILEY

### A PROFESSIONAL CORPORATION

FIRST LIBRARY SQUARE
1114 FREMONT AVENUE
SOUTH PASADENA, CA  91030-3227
WWW.TPRLAW.NET

TEL: (626) 799-9797                              FAX: (626) 799-9795

May 11, 2021

Mr. Edwin R. Inga
1905 South Western Avenue, No. 8
Los Angeles, CA 90018

**Re:**  *Innovative Sports Management, Inc., d/b/a Integrated Sports Media v. Edwin R. Inga, et al.*
       *Case No. 2:19-cv-02070-TJH-PLA (USDC CDCA)*

Mr. Inga:                                        *Transmitted By Overnight Mail*

The Honorable Terry J. Hatter, Jr., our trial judge in the above-entitled action, has ordered the Parties to file a Joint Exhibit List by Monday, May 17, 2021. On that basis, I now attach a draft copy of the Joint Exhibit List, which we have completed on behalf of the Plaintiff.

At this time, it is necessary for you to complete the section of the Report styled "Defendant's Proposed Exhibit List" on Page 2. In that our office has this document in a Microsoft Word format, it would be much, much easier for you to complete the document if you would allow us to email it to you or to someone who could receive it on your behalf. This will also facilitate you returning the document to us. If you are agreeable to receiving this document by email, I ask you to please reply to Ms. Karla Diaz (**tprusa@att.net**) in our office and provide her the email address you would like us to use and that you please do so at your very earliest convenience.

**In that there is a May 17, 2021 deadline for this Joint Exhibit List, it is imperative we receive your fully completed draft no later than close of business Friday, May 14, 2021. If we do not have your completed draft by that deadline, Plaintiff will file its own Exhibit List the following business day without further notice, delay, or demand.**

Thank you very much for your foremost attention and anticipated cooperation.

Cordially,

Thomas P. Riley

TPR/kd

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.
d/b/a Integrated Sports Media

Edwin R. Inga, *Pro Se*
1905 South Western Avenue, No 8
Los Angeles, CA 90018
Tel: 323-548-9809

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA, | Case No. 2:19-cv-02070-TJH-PLA |
| Plaintiff, | JOINT EXHIBIT LIST FOR TRIAL |
| vs. | |
| EDWIN R. INGA, | |
| Defendant. | |

///
///
///

## PLAINTIFF'S PROPOSED EXHIBIT LIST:

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 1. | John Valentino Affidavit Photographs and Video | | |
| 2. | February 12, 2018 Distribution Agreement | | |
| 3. | Closed-Circuit (commercial) Rate Card | | |
| 4. | Post-Event Score Sheet for Friday, March 23, 2018 from www.foxsports.com | | |
| 5. | Tomboloco Peruvian Restaurant Yelp Page | | |
| 6. | The Infatuation Article on Tomboloco Peruvian | | |
| 7. | Plaintiff's Initial Disclosures | | |
| 8. | Defendants' Discovery Responses | | |

## DEFENDANT'S PROPOSED EXHIBIT LIST:

| No. | Description | Date Identified/ Admitted | Stipulated for Admission |
|-----|-------------|---------------------------|--------------------------|
| 1. | | | |

2.

3.

4.

5.

Respectfully submitted,

Dated: _____          *Draft Copy* _____
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                Innovative Sports Management, Inc.,
                                d/b/a Integrated Sports Media

Dated: _____          _____
                                **EDWIN R. INGA**
                                By: Edwin R. Inga,
                                *Pro Se* Defendant
                                individually and d/b/a Tombo Loco
                                Peruvian Restaurant

## PROOF OF SERVICE (SERVICE BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 11, 2021, I caused to serve the following documents entitled:

**JOINT EXHIBIT LIST**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Edwin R. Inga                                        (*Pro Se* Defendant)
1905 South Western Ave., No 8
Los Angeles, CA 90018

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 11, 2021, at South Pasadena, California.

Dated: May 11, 2021                    */s/ Karla Diaz*
                                                    **KARLA DIAZ**

///

///



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Exhibit 2



TRACK ANOTHER SHIPMENT

773697738121                    

ADD NICKNAME

# Delivered
# Thursday, May 13, 2021 at 2:21 pm



**DELIVERED**
Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| LAW OFFICES OF THOMAS P. RILEY | Mr. Edwin R. Inga |
| Thomas Riley | |
| | 1905 South Western Avenue |
| First Library Square | No. 8 |
| 1114 Fremont Avenue | LOS ANGELES, CA US 90018 |
| South Pasadena, CA US 91030 | 626-799-9797 |
| 626-799-9797 | |

## Travel History

**TIME ZONE**
Local Scan Time

**Thursday, May 13, 2021**

| 2:21 PM | LOS ANGELES, CA | Delivered |
| | | Package delivered to recipient address - release authorized |
| 11:16 AM | INGLEWOOD, CA | On FedEx vehicle for delivery |
| 7:30 AM | INGLEWOOD, CA | At local FedEx facility |

**Wednesday, May 12, 2021**

| 4:51 PM | INGLEWOOD, CA | At local FedEx facility |
| 2:07 PM | INGLEWOOD, CA | Delivery exception |
| | | Customer not available or business closed |

| | | |
|---|---|---|
| 9:02 AM | INGLEWOOD, CA | On FedEx vehicle for delivery |
| 7:51 AM | INGLEWOOD, CA | At local FedEx facility |
| 3:11 AM | OAKLAND, CA | Departed FedEx location |

**Tuesday, May 11, 2021**

| | | |
|---|---|---|
| 11:00 PM | OAKLAND, CA | Arrived at FedEx location |
| 8:40 PM | LOS ANGELES, CA | At destination sort facility |
| 8:00 PM | LOS ANGELES, CA | Left FedEx origin facility |
| 7:20 PM | LOS ANGELES, CA | Picked up |
| 6:01 PM | SOUTH PASADENA, CA | Picked up<br>Tendered at FedEx Office |
| 6:19 PM | | Shipment information sent to FedEx |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>773697738121 | **SERVICE**<br>FedEx Standard Overnight | **DOOR TAG NUMBER**<br>DT105955212715 |
| **WEIGHT**<br>0.5 lbs / 0.23 kgs | **DELIVERY ATTEMPTS**<br>2 | **DELIVERED TO**<br>Residence |
| **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs | **TERMS**<br>Shipper |
| **SHIPPER REFERENCE**<br>Tombo Loco 3/23/18 | **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Residential Delivery |
| **SHIP DATE**<br>5/11/21 ⑦ | **STANDARD TRANSIT**<br>5/12/21 by 4:30 pm ⑦ | **ACTUAL DELIVERY**<br>5/13/21 at 2:21 pm |

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 17, 2021, I caused to serve the following documents entitled:

**PLAINTIFF'S EXHIBIT LIST FOR TRIAL**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Edwin R. Inga                                    (*Pro Se* Defendant)
1905 South Western Ave., No 8
Los Angeles, CA 90018

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 17, 2021, at South Pasadena, California.

Dated: May 17, 2021

**THOMAS P. RILEY**