| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)<br>Edwin Inga<br>1231 West Blvd. Apt. 303<br>Los Angeles Ca 90019<br>(213) 618-2716<br>IN PRO PER | FILED<br><br>2021 JUL 13 PM 3: 29<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF<br>LOS ANGELES |
|---|---|

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Innovative Sports Manangment, Inc, d/b/a<br>Integrated Sports Media<br>     PLAINTIFF(S),<br>v.<br>Edwin Inga<br>     DEFENDANT(S). | CASE NUMBER<br>2:19-cv-02070-TJH-PLA<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
|---|---|

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles_____, State of California, and not a party to the above-entitled cause. On July 9th_____, 2021_____, I served a true copy of Request For Productions Of Documents and Things_____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _____
Executed on _____, 20_____ at_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____ART CERVERA RPS#2070000027_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____
Signature

_____
Party Served

CV-40 (01/00)     PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE